# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 06, 2025

Mr. Keith Bradley
Squire Patton Boggs, L.L.P.
717 17th Street
Suite 1825
Denver, CO 80202-2613

Mr. David Chung
Crowell & Moring, L.L.P.
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Mr. Robert J. Karl
Porter Wright Morris & Arthur, L.L.P.
41 S. High Street
Suites 2800-3200
Columbus, OH 43215

Mr. Robert Matthew Sussman I
Sussman and Associates
3101 Garfield Street, N.W.
Washington, DC 20008

        No. 25-60006    FabriClean Supply v. EPA
                        Agency No. 89 Fed. Reg. 103,560

Dear Mr. Bradley, Mr. Chung, Mr. Karl, and Mr. Sussman,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS
ARE DUE WITHIN **40 DAYS** FROM THE DATE ABOVE, See Fed. R. App. P.
and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary
circumstances, the maximum extension for filing briefs is 40 days
in agency cases. See also Fed. R. App. P. 30.1.2 and Fed. R. App.
P. 31.1 to determine if you have to file electronic copies of the
brief and record excerpts, and the Portable Document Format (PDF)
you MUST use. See also Fed. R. App. P. 30.1 for the contents of
the Record Excerpts which are filed instead of an appendix. You
may access our briefing checklist on the Fifth Circuit's website
"http://www.ca5.uscourts.gov/docs/
default-source/forms-and-documents---clerks-office/rules/

brchecklist.pdf".  An intervenor's time is governed by Fed. R. App. P. 31.2.  Fed. R. App. P. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see Fed. R. App. P. 30.2.  Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Brief Template:  The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief.  To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

Reminder as to Sealing Documents on Appeal:  Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket.  Counsel moving to seal matters must explain in particularity the necessity for sealing in our court.  Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding.  It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.


                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Dantrell Johnson*

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

Enclosure(s)

cc w/encl:
      Mr. Alexander M. Purpuro

Case No. 25-60006


FabriClean Supply; Technical Chemical Company; Olin Corporation;
American Chemistry Council; Georgia Chemistry Council; Ohio
Chemistry Technology Council; Center for Environmental Health,
                    Petitioners

v.

United States Environmental Protection Agency; Lee Zeldin,
Administrator, United States Environmental Protection Agency,

                    Respondents