# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60006   FabriClean Supply v. EPA  
                     Agency No. 89 Fed. Reg. 103,560

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

Mr. Keith Bradley  
Mr. David Chung  
Mr. Robert J. Karl  
Mr. Alexander M. Purpuro  
Mr. Robert Matthew Sussman, I