# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 12, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60006   FabriClean Supply v. EPA
                    Agency No. 89 Fed. Reg. 103,560

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Keith Bradley
Mr. David Chung
Mr. Robert J. Karl
Mr. Alexander M. Purpuro
Mr. Robert Matthew Sussman, I